DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

10 JUNE 2015

| 113A15 | Patrick L. McCrory, et al. v. Philip E. Berger, et al. | Cherie Berry, N.C. Commissioner of Labor; Wayne Goodwin, N.C. Commissioner of Insurance; Steve Troxler, N.C. Commissioner of Agriculture; and Beth A. Wood, C.P.A., State Auditor of N.C.'s Motion for Leave to File *Amicus* Brief | Special Order **05/28/2015** |
|---|---|---|---|
| 113A15 | Patrick L. McCrory, et al. v. Philip E. Berger, et al. | Janet Cowell, Treasurer's Motion to Withdraw Previous Motion to File *Amicus Curiae* Brief | Allowed **05/29/2015** |
| 113A15 | Patrick L. McCrory, et al. v. Philip E. Berger, et al. | Motion of the North Carolina Institute for Constitutional Law for Leave to File *Amicus Curiae* Brief | Allowed **06/10/2015** |
| 114P15 | State v. Slade Weston Hicks, Jr. | Def's Petition for *Writ of Certiorari* to Review Decision of COA (COA14-57) | Denied |
| 115P15 | In the Matter of Boyd J. Hicks | Def's *Pro Se* Petition for *Writ of Mandamus* (COAP15-234) | Dismissed |
| 116P15 | State v. Phillip Scott Baker | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-260) | Denied |
| 117P15 | State v. Milton Carlos Jenkins | 1. Def's *Pro Se* Motion for PDR (COAP15-143)<br><br>2. Def's *Pro Se* Petition in the Alternative for *Writ of Certiorari* to Review Order of COA<br><br>3. Def's *Pro Se* Motion for Petition to Amend Petition for *Writ of Certiorari* | 1. Dismissed<br><br>2. Dismissed<br><br><br>3. Allowed |
| 118P15 | State v. Victor Adrian Gutierrez | 1. Def's *Pro Se* Motion for PDR (COAP15-65)<br><br>2. Def's *Pro Se* Petition in the Alternative for *Writ of Certiorari* to Review Order of the COA | 1. Dismissed<br><br>2. Dismissed |
| 121P15 | State v. Aggrey Winston Manning | 1. Def's *Pro Se* Motion for PDR (COAP15-191)<br><br>2. State's Motion to Dismiss "PDR" | 1. Dismissed<br><br>2. Dismissed as moot |
| 122P15 | State v. John Pate | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA (COA14-464)<br><br>2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Court of Appeals | 1. Denied<br><br><br>2. Denied<br>**Ervin, J., recused** |